# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | NO. CV 14-7694-R (MAN) |
|       Petitioner, | JUDGMENT |
| v. | |
| E. VALENZUELA - WARDEN, | |
|       Respondent. | |

Pursuant to the Court's Order: Dismissing Petition With Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 7, 2014.

_____
MANUEL. L. REAL
UNITED STATES DISTRICT JUDGE